IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: ) | |
| ) | Case No. 05-1343 |
| WILLIAM J. HEALEY, ) | Chapter 7 |
| ) | |
| Debtor. ) | |
| ) | |

## NOTICE UNDER LBR 4003-1 OF TIME
## TO RESPOND TO OBJECTION FILED BY CREDITOR
## MARC R. LABGOLD TO DEBTOR'S CLAIM OF EXEMPTION

TO:   William J. Healey
      P.O. Box 33463
      Washington, D.C. 20033

PLEASE TAKE NOTICE THAT, PURSUANT TO LBR 4003-1, WITHIN FIFTEEN (15) DAYS AFTER NOVEMBER 4, 2005, THE DATE OF SERVICE OF CREDITOR MARC R. LABGOLD'S OBJECTION TO DEBTOR'S CLAIM OF EXEMPTIONS, you must file and serve a written opposition to the objection to your claimed exemptions, together with the proposed order required by Local Bankruptcy Rule 9072-1. The opposition and proposed order must be filed with the Clerk of the Bankruptcy Court, U.S. Courthouse, 3rd and Constitution Avenue, N.W., Washington, D.C. 20001, and served (by delivery or mailing of copies) upon the undersigned. You may append affidavits and documents in support of your opposition. You may file and serve with or include in the opposition a request for hearing to be held in the Court's discretion.

IF YOU FAIL TO FILE A TIMELY OPPOSITION, THE COURT MAY SUSTAIN THE OBJECTION WITHOUT A HEARING.

Dated: November 4, 2005.

Respectfully submitted,

MARC R. LABGOLD

By: _____
    Counsel

Stephen W. Robinson (D.C. Bar No. 282731)
Cathryn Le Regulski (D.C. Bar No. 477780)
McGUIREWOODS LLP
1750 Tysons Boulevard
Suite 1800
McLean, Virginia 22102
Telephone: (703) 712-5000
Facsimile: (703) 712-5050

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of November, 2005, the foregoing Notice under LBR 4003-1 of Time to Respond to Creditor Marc R. Labgold's Objection to Debtor's Claim of Exemptions was sent via first class mail, postage prepaid, to the following:

William J. Healey, *pro se*
P.O. Box 33463
Washington, D.C. 20033

Kevin R. McCarthy
Chapter 7 Trustee
McCarthy & White, PLLC
8180 Greensboro Drive
Suite 875
McLean, Virginia 22102

U.S. Trustee for Region Four
U.S. Trustee's Office
115 South Union Street
Suite 210 Plaza Level
Alexandria, Virginia 22314

_____

Active\3291507.1

3